IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LOUIE CAMPOS,<br><br>　　　　　　　　Defendant. | CASE NO. 5:24-MJ-00015-CDB<br>(D.Az case CR-23-01155-001-TUC-JCH (JR))<br><br>ORDER UNSEALING PRETRIAL SERVICES VIOLATION PETITION |

　　　The United States having arrested the above titled defendant on the warrant for his violation of pretrial release conditions and the need for sealing having lapsed;

　　　IT IS ORDERED that the petition and arrest warrant filed in the above-entitled matter ARE HEREBY UNSEALED.

IT IS SO ORDERED.

Dated: __March 15, 2024__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Unsealing Order　　　　　　　　　1